Kenneth Dean Lindsay
Name and Inmate Booking Number
N.O.O.C. NO# 1267406

Lovelock Correctional Center
Place of Confinement

1200 Prison Rd.
Mailing Address

Lovelock Nevada 89419
City, State, Zip Code

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Lindsay, Kenneth Dean,
                                    Plaintiff

vs.

(1) Highsmith, Correctional Officer (LCC),

(2) Wilson, Correctional Officer (LCC),

(3) Daniel Collier AWP (LCC),

(4) David Stevens Acting RWP (LCC),

(5) _____,
                                    Defendant(s).

Case No. _____
(To be supplied by Clerk of Court)

### CIVIL RIGHTS COMPLAINT BY AN INMATE

☒ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

*FIRST AMENDED COMPLAINT*

☒ Jury Trial Demanded

### A.    JURISDICTION

1)    This Court has jurisdiction over this action pursuant to:

☒ 28 U.S.C. § 1343(a)(3); 42 U.S.C. § 1983

☐ 28 U.S.C. § 1331; Bivens v. Six Unknown Named Agents, 403 U.S. 388 (1971)

☐ Other: _____

2)    Institution/city where Plaintiff currently resides: Lovelock Correctional Center, Lovelock, NV.

3)    Institution/city where violation(s) occurred: Same as above

**B.    DEFENDANTS**

1. Name of first Defendant: _Highsmith_. The first Defendant is employed as:
_Correctional Officer_ at _Lovelock Correctional Center (LCC)_.
(Position of Title)                    (Institution)

2. Name of second Defendant: _Wilson_. The second Defendant is employed as:
_Correctional Officer_ at _Lovelock Correctional Center_.
(Position of Title)                    (Institution)

3. Name of third Defendant: _Daniel Collier_. The third Defendant is employed as:
_Associate Warden of Programs_ at _Lovelock Correctional Center_.
(Position of Title)                    (Institution)

4. Name of fourth Defendant: _David Stevens_. The fourth Defendant is employed as:
_Acting Associate Warden of Programs_ at _Lovelock Correctional Center_.
(Position of Title)                    (Institution)

5. Name of fifth Defendant: _____. The fifth Defendant is employed as:
_____ at _____.
(Position of Title)                    (Institution)

If you name more than five Defendants, answer the questions listed above for each additional Defendant on a separate page.

**C.    NATURE OF THE CASE**

Briefly state the background of your case.

1. This Complaint concerns several indisputable infractions carried out by each defendant that has resulted in Constitutional Violations.

2. Complaintant is a Nevada State Prisoner who has had personal property (sensitive in nature) Confiscated by Nevada Dept. of Correction employees, that he is lawfully allowed to possess and receive.

3. The actions carried out by each Defendant infringes on a Constitutional Right of Prisoners to partake in freedom of speech by way of corresponding by way of United States Mail, allowing possession of Mail and/or personal pictures.

4. The unconstitutional acts infringing on Complaintants Right has resulted in

1  deprivations, through actions of Defendants.

2  5. Defendants have been given a fair opportunity to correct and/or resolve these

3  issues. Defendants negligence and/or refusal to resolve said matter on Nevada's

4  Dept. of Corrections Institutional Administrative level further damage occured by

5  loss and/or Confiscation of pictures through unfounded fabricated accusations of

6  Drug use.

7  6. This further is incorporated in each, CAUSES OF ACTION and Seperate COUNTS

8  through FACTS supported by EXHIBITS.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2B

**D.    CAUSE(S) OF ACTION**

**CLAIM 1**

1. State the constitutional or other federal civil right that was violated: _UNITED STATES CONSTITUTION_
_FIRST AMENDMENT_

2. **Claim 1.** Identify the issue involved. Check **only one.** State additional issues in separate claims.

   ☐ Basic necessities          ☐ Medical care            ■ Mail

   ☐ Disciplinary proceedings   ☐ Exercise of religion    ☐ Property

   ☐ Access to the court        ☐ Excessive force by officer   ☐ Retaliation

   ☐ Threat to safety           ☐ Other: _____

3. Date(s) or date range of when the violation occurred: _November 27th, 2024_

4. **Supporting Facts:** State as briefly as possible the FACTS supporting Claim 1. Describe exactly what **each specific defendant (by name)** did to violate your rights. State the facts clearly in your own words without citing legal authority or argument.

_1. First Amendment protects a Prisoner's Right to send and/or receive letters and pictures through United States Postal Mail._

_2. Plaintiff had ten personal pictures of his one showing to be mishandled by Prison Mail Room Correctional Officers, i.e. Correctional Officers' Wilson and Highsmith._

_3. Nine of these pictures were alleged to be forwarded/delivered to Plaintiff as supported by EXHIBIT 3 Pgs one thru Three._

_4. These pictures were not received by Plaintiff due to the mishandling of Officers', Defendants Wilson and Highsmith._

_5. Correctional Officers', Highsmith and Wilsons' actions were brought to the attention of their Supervisors' Daniel Collier and David Stevens who failed to rectify or correct, by way of denying Plaintiffs' Right to exercise and prevail through Grievance Process, this is further litigated in Count TWO._

_The deprivation of First Amendment rights entitles a plaintiff to judicial relief. Canell v. Lightner, 143 F.3d 1210, 1213 (9th Cir. 1998)._

## CLAIM 2

1. State the constitutional or other federal civil right that was violated: _United States Fourteenth Amendment Right to Due Process_

2. **Claim 3.** Identify the issue involved. Check **only one.** State additional issues in separate claims.

☐ Basic necessities    ☐ Medical care    ☐ Mail

☐ Disciplinary proceedings    ☐ Exercise of religion    ☐ Property

☐ Access to the court    ☐ Excessive force by officer    ☐ Retaliation

☐ Threat to safety    ■ Other: _Grievance Process_

3. Date(s) or date range of when the violation occurred: _SEE EXHIBITS 12/24 thru 3/25._

4. **Supporting Facts:** State as briefly as possible the FACTS supporting Claim 3. Describe exactly what **each specific defendant (by name)** did to violate your rights. State the facts clearly in your own words without citing legal authority or argument.

1. Several attempts have been made through Nevada Dept. of Corrections, Grievance Process afforded to Prisoners, by Plaintiff. SEE EXHIBIT TWO

2. This Process was thwarted by preventing Plaintiff from exhausting such process.

3. This process has prejudice Plaintiff by not allowing him to remedy the loss he suffered concerning Mail included in Count One.

4. Plaintiff includes State Grievances Log. No. # 2006-31-73894 dated 12/18, 12/19 and 1-21-25. This shows three different attempts made to utilize the Grievance Process, in addition with Grievance Log No. 2006-31-75643 EXHIBIT TWO

5. It is showing Plaintiff was told he would receive his mail as detailed in EXHIBIT 3 causing him to abandon his efforts to exhaust the Grievance Process.

6. David Stevens and Daniel Collier, both Defendants prepared improper Grievance Memo's that consisted of, fabricated and/or frivolous reasons for denial as showing therein. SEE GRIEVANCE MEMOS EXHIBIT 4

7. Written statements are included that Defendants would return Mail consisting of Nine pictures (that are now lost) to Defendant.

8. This is implemented IN CLAIM Three, loss, pain and Suffering - Cruel and unusual punishment.

If you assert more than three claims, answer the questions listed above for each additional claim on a separate page.

## CLAIM 3

1. State the constitutional or other federal civil right that was violated: *UNITED STATES CONSTITUTION AMENDMENT EIGHT - RIGHT TO BE FREE OF CRUEL AND UNUSUAL PUNISHMENT*

2. **Claim 2.** Identify the issue involved. Check **only one.** State additional issues in separate claims.

   □ Basic necessities     □ Medical care     ■ Mail

   □ Disciplinary proceedings     □ Exercise of religion     □ Property

   □ Access to the court     □ Excessive force by officer     □ Retaliation

   □ Threat to safety     □ Other: _____

3. Date(s) or date range of when the violation occurred: *Nov. 2024 ON-GOING*

4. Supporting Facts: State as briefly as possible the FACTS supporting Claim 2. Describe exactly what **each specific defendant (by name)** did to violate your rights. State the facts clearly in your own words without citing legal authority or argument.

   1. Plaintiff had personal pictures unauthorized by Defendant Wilson, Mail room Officer, later replaced by Defendant Hightower. - An attempt to exhaust the Prison Grievance Process was implimented without success. This is reflected in attached EXHIBITS.

   2. These pictures consisted of Plaintiffs wife who is depicted in Nude poses-

   3. These pictures were Mishandled by Mail-room Officers Wilson and Hightower.

   4. Nine of these pictures were alleged to have been forwarded for distribution to Plaintiff.

   5. The pictures never made it to Plaintiff and are possibly in the hands of other Prisoners.

   6. This has caused harm psychologically, Wilson has determined that one of Plaintiffs pictures showed drug use without evidence of that being the case.

   7. Plaintiff is greatly disturbed by the loss of his pictures, resulting in pain and suffering and seeks to have this matter placed before a Court in hopes to have these Defendants held accountable.

5.

### E.    PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while incarcerated?        ☐ Yes    ■ No

2. Has this Court or any other court designated you as subject to "three strikes" under 28 U.S.C. § 1915(g)?        ☐ Yes    ■ No

3. If you have "three strikes" under 28 U.S.C. § 1915(g), does this complaint demonstrate that you are "under imminent danger of serious physical injury?"        ☐ Yes    ☐ No    *N/A*

### F.    REQUEST FOR RELIEF

I believe I am entitled to the following relief: *Comensatory Damages of $10,000 for pain and suffering from each Defendant, Wilson, Highsmith, Collier and Stevens $40,000 in all.*

*Punitive damages of $5,000 from each Defendant: Wilson, Highsmith, Collier and Stevens due to their deliberate indifference that is showing to be Reckless and Callous $20,000 in all.*

*$40,000 + $20,000 = $60,000*

I understand that a false statement or answer to any question in this complaint will subject me to penalties of perjury. **I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.** *See* 28 U.S.C. § 1746 and 18 U.S.C. § 1621.

_____          _____
(name of person who prepared or helped              (signature of plaintiff)
prepare this complaint if not the plaintiff)

*10 - 10 - 20*
                                                                    (date)

### ADDITIONAL PAGES

You must answer all questions concisely in the proper space on the form. Your complaint may not be more than 30 pages long. It is not necessary to attach exhibits or affidavits to the complaint or any amended complaint. Rather, the complaint or any amended complaint must sufficiently state the facts and claims without reference to exhibits or affidavits. If you need to file a complaint that is more than 30 pages long, you must file a motion seeking permission to exceed the page limit and explain the reasons that support the need to exceed 30 pages in length.

*E-FILE*
*32 of 32*

EXHIBIT ONE

These documents Support; MAIL WAS SENT BACK
TO PLAINTIFF —
PLAINTIFF NEVER RECEIVED, SUPPORTING LOSS, MISHANDLING
OF MAIL

EXHIBIT ONE

INMATE REQUEST FORM

| 1.) INMATE NAME | DOC # | 2.) HOUSING UNIT | 3.) DATE |
|---|---|---|---|
| LINDSAY | 1267406 | 3B-50 B | 12-18-24 |

4.) REQUEST FORM TO: (CHECK BOX)      ___MENTAL HEALTH      ___CANTEEN

X CASEWORKER      ___MEDICAL      ___LAW LIBRARY      ___DENTAL

___EDUCATION      ___VISITING      ___SHIFT COMMAND

___LAUNDRY      ___PROPERTY ROOM      ___OTHER_____

5.) NAME OF INDIVIDUAL TO CONTACT: _____HARDY_____

6.) REQUEST: (PRINT BELOW) I WOULD PLEASE LIKE TO SPEAK TO SOMEBODY IN REGARDS TO MAIL THAT HAS BEEN WITHHELD FROM ME, THIS MAIL INCLUDED PICTURES THAT ALLEGEDLY DEPICT DRUG USE. C/O WILSON HAS DETERMINED A "WHIPPET" IS DRUG ACTIVITY YET IT ISN'T A SCHEDULED NARCOTIC AND ISN'T ON ANY BANNED SUBSTANCE LIST AND IS SOLD W/O SPECIAL REQUIRMENTS. "DRUG USE" CAN'T BE OBJECTIVE. I NEED HELP

7.) INMATE SIGNATURE _____ DOC # 1267406

8.) RECEIVING STAFF SIGNATURE C/O Velazquez      DATE 12/18/24

9.) RESPONSE TO INMATE

I spoke with c/o Wilson. He said he is currently working on getting you/your mail. Please be patient.

10.) RESPONDING STAFF SIGNATURE _____

RECEIVED
MAR 2 4 2025
LOVELOCK CORRECTIONAL
CENTER - GRIEVANCES

RECEIVED
JAN 2 8 2025
LOVELOCK CORRECTIONAL
CENTER - GRIEVANCES

RECEIVED
LOVELOCK CORRECTIONAL
CENTER - GRIEVANCES

DATE 12/19/24

DOC - 3012 (REV. 7/01)

INMATE REQUEST FORM

| 1.) INMATE NAME | DOC # | 2.) HOUSING UNIT | 3.) DATE |
|---|---|---|---|
| LINDSAY, K | 1267406 | 3B-50 | 1-3-25 |

4. ) REQUEST FORM TO: (CHECK BOX)     ___MENTAL HEALTH     ___CANTEEN

___CASEWORKER     ___MEDICAL     ___LAW LIBRARY     ___DENTAL

___EDUCATION     ___VISITING     ___SHIFT COMMAND

___LAUNDRY     ___PROPERTY ROOM     X OTHER _MailRoom_

5.) NAME OF INDIVIDUAL TO CONTACT: C/O Highsmith

6.) REQUEST: (PRINT BELOW) Per our Discussion I'm Inquiring In Regards To The Status of my Previously Unauthorized Pictures. Understanding That There Is No Viable Reason To Not Permit Their Delivery I'd Like To Drop The Grievance And Have The Mail Sent To Me. If That Option Is Available. Thank You Kindly.

7.) INMATE SIGNATURE _____ DOC # 1267406

8.) RECEIVING STAFF SIGNATURE C/O Andrade DATE 1·3·25

............................................................................
9.) RESPONSE TO INMATE

refer to other kite in regards to this. They were already sent back out to your family

10.) RESPONDING STAFF SIGNATURE _____ DATE 08 Jan 25

EXHIBIT

DOC - 3012 (REV. 7/01)

## INMATE REQUEST FORM

| 1.) INMATE NAME | DOC # | 2.) HOUSING UNIT | 3.) DATE |
|---|---|---|---|
| LINDSAY, R | 1267406 | 3B-50 | 1-7-25 |

4.) __REQUEST FORM TO:__ (CHECK BOX)    ___MENTAL HEALTH    ___CANTEEN

___CASEWORKER    ___MEDICAL    ___LAW LIBRARY    ___DENTAL

___EDUCATION    ___VISITING    ___SHIFT COMMAND

___LAUNDRY    ___PROPERTY ROOM    X OTHER _MAIL ROOM._

5.) NAME OF INDIVIDUAL TO CONTACT: C/O HighSmith.

6.) REQUEST: (PRINT BELOW) TODAY MY APPEAL HAS BEEN RESCINDED IN REGARDS TO THE PHOTOS WITHHELD. AS THERE IS NO STANDARD SET THE CAUSES THE PHOTOS TO QUALIFY AS CONTRABAND AND CANNISTER IS CLEARY MARKED "FOOD GRADE" CAN YOU PLEASE RELEASE MY LETTER AND PHOTOS TO ME? PLEASE

7.) INMATE SIGNATURE _____    DOC # 1207,406

8.) RECEIVING STAFF SIGNATURE ___Cloyutns___    DATE 1/7/25

9.) RESPONSE TO INMATE

So like we talked about i will send in the rest because they are ok the 1 picture with the Conister i can't let in you can choose to send that one back or have it destroyed i looked into it and got the correct answers on it and unfortantley its not allowed

10.) RESPONDING STAFF SIGNATURE _____

RECEIVED MAR 2 4 2025    RECEIVED    RECEIVED DATE 08 Jan 25

JAN 2 2 2025

LOVELOCK CORRECTIONAL CENTER - GRIEVANCES    LOVELOCK CORRECTIONAL CENTER - GRIEVANCES    LOVELOCK CORRECTIONAL CENTER - GRIEVANCES

E-FILE
10 of 32

EXHIBIT ONE
Pg TWO

DOC - 3012 (REV. 7/01)

EXHIBIT  TWO

DOCUMENTS CONSIST OF PLAINTIFFS ATTEMPS TO
EXHAUST GRIEVANCE PROCESS.

EXHIBIT TWO

Log Number _2006 31 75 643_

## NEVADA DEPARTMENT OF CORRECTIONS
## FIRST LEVEL GRIEVANCE

NAME: _K LINDSAY_                          I.D. NUMBER: _1267406_

INSTITUTION: _LCC_                          UNIT: _3B-50_

I REQUEST THE REVIEW OF THE GRIEVANCE, LOG NUMBER _2006 3175643_ , IN A FORMAL MANNER. THE ORIGINAL COPY OF MY GRIEVANCE AND ALL SUPPORTING DOCUMENTATION IS ATTACHED FOR REVIEW.

**SWORN DECLARATION UNDER PENALTY OF PERJURY**

INMATE SIGNATURE: _____     DATE: _3·20·25_

WHY DISAGREE: _I WAS INFORMED THAT ONLY (1) PICTURE WOULD BE UNAUTHORIZED (SEE REQUEST FORMS) % WILSON KNEW ONLY (1) WOULD BE AS TOO % HIGHSMITH CSS HARDY. PER % HIGHSMITH, HARDY, WILSON THE REMAINING PICTURES WERE FORWARDED. THE ISSUE IS THE MISHANDLING OF MY MAIL._

GRIEVANCE COORDINATOR SIGNATURE: _____     DATE: _3-21-2025_

FIRST LEVEL RESPONSE: _DOC 3096_

_____ GRIEVANCE UPHELD _____ GRIEVANCE DENIED _____ ISSUE NOT GRIEVABLE PER AR 740

WARDEN'S SIGNATURE: _____ TITLE: _____ DATE: _____

GRIEVANCE COORDINATOR SIGNATURE: _____ DATE: _____

_____ INMATE AGREES ___✗___ INMATE DISAGREES

INMATE SIGNATURE: _____ DATE _3·31·25_

FAILURE TO SIGN CONSTITUTES ABANDONMENT OF THE CLAIM. A SECOND LEVEL GRIEVANCE MAY BE PURSUED IN THE EVENT THE INMATE DISAGREES.

| Original: | To inmate when complete, or attached to formal grievance |
| Canary: | To Grievance Coordinator |
| Pink: | Inmate's receipt when formal grievance filed |
| Gold: | Inmate's initial receipt |

RECEIVED

MAR 2 4 2025

LOVELOCK CORRECTIONAL
CENTER · GRIEVANCES

E-FILE
12 of 32

DOC 3093 (12/01)

Log Number 2006-31-75643

## NEVADA DEPARTMENT OF CORRECTIONS
## INFORMAL GRIEVANCE

NAME: K. LINDSAY _____ I.D. NUMBER: 1267406

INSTITUTION: LCC _____ UNIT: 3B-50

GRIEVANT'S STATEMENT: I HAD PICTURES UNAUTHORIZED.
DURING A PREVIOUS GRIEVENCE I WAS TOLD
BY STAFF: C/O WILSON C/O HUGHSMITH CASEWORKER
HARDY THAT THE REMAINING PICTURES (9)
WOULD BE GIVEN TO ME. THEY HAVE NOT

### SWORN DECLARATION UNDER PENALTY OF PERJURY

INMATE SIGNATURE: _____ DATE: 1-24-25 TIME: 1:52 pm

GRIEVANCE COORDINATOR SIGNATURE: J. Chandler DATE: 1-28-25 TIME: 8:46 AM

GRIEVANCE RESPONSE: PLEASE SEE ATTACHED

CASEWORKER SIGNATURE: _____ DATE: _____

___ GRIEVANCE UPHELD ___ GRIEVANCE DENIED ___ ISSUE NOT GRIEVABLE PER AR 740

GRIEVANCE COORDINATOR APPROVAL: _____ DATE: 3/13/25

___ INMATE AGREES ___X___ INMATE DISAGREES

INMATE SIGNATURE: _____ DATE: 3-18-25

FAILURE TO SIGN CONSTITUTES ABANDONMENT OF THE CLAIM. A FIRST LEVEL GRIEVANCE MAY
BE PURSUED IN THE EVENT THE INMATE DISAGREES.

RECEIVED

| | | |
|---|---|---|
| Original: | To inmate when complete, or attached to formal grievance | |
| Canary: | To Grievance Coordinator | |
| Pink: | Inmate's receipt when formal grievance filed | MAR 2 4 2025 |
| Gold: | Inmate's initial receipt | |

RECEIVED

JAN 2 8 2025

LOVELOCK CORRECTIONAL
CENTER - GRIEVANCES

LOVELOCK CORRECTIONAL
CENTER - GRIEVANCES

DOC 3091 (12 / 01)

# NEVADA DEPARTMENT OF CORRECTIONS
## GRIEVANT'S STATEMENT CONTINUATION FORM

NAME: K. LINDSAY          I.D. NUMBER: 1267486

INSTITUTION: LCC          UNIT #: 3B-50

GRIEVANCE #: 2006-31-75643    GRIEVANCE LEVEL: INF

GRIEVANT'S STATEMENT CONTINUATION:    PG. 2 OF 3

BEEN GIVEN TO ME. THIS GRIEVENCE PER-
TAINS TO THE LOSS OF THESE PHOTOS. PER
CASEWORKER RUTHERFORD, THESE PICTURES
ARE NOT IN MAILROOM, AND NOT WITH APPEALS
CO-ORDINATOR. THESE ARE NUDE PICTURES
OF MY WIFE AND PICTURES OF MY CHILDREN
THEY HAVE BEEN LOST FOR MONTHS. I'VE LOST
SLEEP, WEIGHT AND PEACE OF MIND. THE
CONCERN IS THAT MY PERSONAL PHOTOS HAVE
BEEN PLACED IN THE CELL OF A RAPIST OR PEDOPHILE.
STAFF OFTEN WITH WILLFUL DISREGARD HAND MAIL
OUT WITHOUT CONFIRMING NAME AND BACK
NUMBER. IT IS STAFFS RESPONSIBILITY TO
SECURE MY MAIL. THIS LOSS IS SIGNIFICENT
TO MY MENTAL AND EMOTIONAL WELLBEING, AND
HAS CAUSED MY WIFE EMOTIONAL DISTRESS AS

Original:    Attached to Grievance
Pink:        Inmate's Copy

RECEIVED

MAR 2 4 2025

LOVELOCK CORRECTIONAL
CENTER - GRIEVANCES

RECEIVED

JAN 2 8 2025

LOVELOCK CORRECTIONAL
CENTER - GRIEVANCES

E-FILE
14 of 32

DOC – 3097 (01/02)

## NEVADA DEPARTMENT OF CORRECTIONS
## GRIEVANT'S STATEMENT CONTINUATION FORM

NAME: K. LINDSAY　　　I.D. NUMBER: 1267406

INSTITUTION: LCC　　　UNIT #: 3B-50

GRIEVANCE #: 2006-31-75643　GRIEVANCE LEVEL: INF

GRIEVANT'S STATEMENT CONTINUATION:　PG. 3　OF 3

SHE FEELS HER NAKED PICTURES ARE NOW CIRC-
ULATING IN THIS PRISON ALONG WITH OUR KIDS
PHOTOS. THESE CAN'T BE UN SEEN AND THIS CAN'T
BE UN DONE. THE REMEDY I SEEK IS A MEMO TO STAFF
REQUIRING ALL MAIL BE CONFIRMED BY NAME AND
BK# AND STAFF REQUIRE PROOF OF IDENTITY
A COMMON SENSE MEASURE. I WANT DAMAGES
THAT REFLECT THE SEVERITY OF THIS MATTER
#1000.00 PER FOUND PICTURE (x9) #3000.00 PER UN-
FOUND PICTURES. SOMEBODY HAS TO TAKE THIS
SERIOUS. SENSITIVE PICTURES HAVE BEEN CIRCUL-
ATING IN A SEX OFFENDER PRISON, WHICH
FUELS THESE OFFENDERS. MY WIFE NOW REFUSES
TO SEND ME ANOTHER SINGLE PICTURE THIS
IS NOT COOL AND IS A RESULT OF
STAFF MIS CONDUCT.

Original:　Attached to Grievance
Pink:　Inmate's Copy

RECEIVED
MAR 2 _
LOVELOCK _
CENTER · _

RECEIVED
JAN 2 8 2025
LOVELOCK CORRECTIONAL
CENTER · GRIEVANCES

E-FILE
15 of 32

DOC – 3097 (01/02)

Log Number 2006-31-73894

## NEVADA DEPARTMENT OF CORRECTIONS
## INFORMAL GRIEVANCE

NAME: K. LINDSAY                    I.D. NUMBER: 1267406

INSTITUTION: LCC              UNIT: 3B-50

GRIEVANT'S STATEMENT: On 11-23-24 c/o Wilson Unauthorized

A letter & 10 pictures due to a single picture with

Alleged drug use. I grieved, yet before it was denied

c/o Wilson via c/o Zamora agreed to resolve issue by

confiscating the single offending picture then del-

### SWORN DECLARATION UNDER PENALTY OF PERJURY

INMATE SIGNATURE: _____ DATE: 1-21-25 TIME: 10:10

GRIEVANCE COORDINATOR SIGNATURE: J. Arenah DATE: 1-22-25 TIME: 11:48 AM

GRIEVANCE RESPONSE: _____

Attached
3094

CASEWORKER SIGNATURE: _____ DATE: _____

____ GRIEVANCE UPHELD _____ GRIEVANCE DENIED _____ ISSUE NOT GRIEVABLE PER AR 740

GRIEVANCE COORDINATOR APPROVAL: _____ DATE: _____

_____ INMATE AGREES _____ INMATE DISAGREES

INMATE SIGNATURE: _____ DATE: _____

FAILURE TO SIGN CONSTITUTES ABANDONMENT OF THE CLAIM. A FIRST LEVEL GRIEVANCE MAY
BE PURSUED IN THE EVENT THE INMATE DISAGREES.

RECEIVED

| | |
|---|---|
| Original: | To inmate when complete, or attached to formal grievance |
| Canary: | To Grievance Coordinator |
| Pink: | Inmate's receipt when formal grievance filed |
| Gold: | Inmate's initial receipt |

JAN 2 2 2025

LOVELOCK CORRECTIONAL
CENTER-GRIEVANCES

E-FILE
16 of 32

## NEVADA DEPARTMENT OF CORRECTIONS
## GRIEVANT'S STATEMENT CONTINUATION FORM

NAME: K. LWDDAH                    I.D. NUMBER: 1267406

INSTITUTION: LCC                   UNIT #: 3B-50

GRIEVANCE #: 2006-31-73894        GRIEVANCE LEVEL: IHF

GRIEVANT'S STATEMENT CONTINUATION:     PG. 2 OF 3

- LIVERING REMAINING (9) PICTURES AND LETTER. THESE HAVE
NOT ARRIVED. THESE PICTURES ARE NUDES OF MY WIFE
AND PICTURES OF MY CHILDREN. I DID NOT AGREE
TO DELIVERY OF THESE SENSITIVE ITEMS TO A SEX OFFENDER.
I DID NOT SEND POSTAGE TO HAVE THEM MAILED
OUT. % WILSON AGREE TO GIVE THEM TO ME, CASEWORKER
HARDY CONFIRMED THIS AND NOW THEY ARE LOST.
I AM NOT RESPONSIBLE FOR PROPER DELIVERY OF
MAIL. I FEEL CERTAIN THESE PICTURES WERE
GIVEN OUT TO A RAPIST OR PEDOPHILE. I'M
LOSING SLEEP, HAIR AND SANITY. IT'S MENTALLY AND
EMOTIONALLY EFFECTING ME AND NOW MY RELATIONSHIPS.
I'M IN DISTRESS THINKING NAKED PICTURES OF MY
WIFE ARE IN CIRCULATION OR A PEDOPHILE HAS
PICTURES OF MY KIDS. THE DAMAGE CAN NOT
BE UNDONE, BUT MY PICTURES CAN BE FOUND

Original:      Attached to Grievance
Pink:          Inmate's Copy

RECEIVED

JAN 2 2 2025

LOVELOCK CORRECTIONAL
CENTER - GRIEVANCES

DOC – 3097 (01/02)

**NEVADA DEPARTMENT OF CORRECTIONS**
**GRIEVANT'S STATEMENT CONTINUATION FORM**

NAME: _K. LINDSAY_     I.D. NUMBER: _1267406_

INSTITUTION: _LCC_     UNIT #: _3B-50_

GRIEVANCE #: _2006·31-73894_     GRIEVANCE LEVEL: _INF_

GRIEVANT'S STATEMENT CONTINUATION:    PG. _3_    OF _3_

AND FUTURE INCIDENTS' AVOIDED. I WANT STAFF TO
BE INFORMED AND IN THE FUTURE STAFF SHOULD
VERIFY A PERSONS NAME & BK#, SOMETHING A LOT OF
C/O'S AVOID WITH WILFUL DISREGARD AND I WANT
MY PICTURES FOUND. IF NOT I WANT REMEDY
THAT REFLECT THE SERIOUSNESS OF THIS WANTON
DISREGARD FOR MYSELF AND FAMILY AND THE
LACK OF DILIGENCE STAFF GENERALLY TAKE IN THE MAIL
PROCESS. IT'S STAFFS RESPONSIBILITY TO SECURE MY
MAIL. SOMEONE HAS TO TAKE THIS SERIOUS. I WANT
$1000.ᵒᵒ DOLLARS PER PHOTO(S) FOUND, $3000.ᵒᵒ
PER PHOTO (S) LOST AND INSTITUTIONAL MEMO
INFORMING STAFF TO VERIFY IDENTITY. I INCLUDE
DENIED GRIEVANCES TO SHOW PICTURES WERE
HELD PENDING ADJUDICATION AND WERE MISSING
PRIOR TO ADJUCATION.

Original:    Attached to Grievance
Pink:    Inmate's Copy

RECEIVED

JAN 2 2 2025

LOVELOCK CORRECTIONAL
CENTER - GRIEVANCES

E-FILE
18 of 32

DOC – 3097 (01/02)

Log Number 2006· 31-73894

# NEVADA DEPARTMENT OF CORRECTIONS
## INFORMAL GRIEVANCE

NAME: _R. LINDSAY_    I.D. NUMBER: _1267406_

INSTITUTION: _LCC_    UNIT: _3B-50 B_

GRIEVANT'S STATEMENT: _MY MAIL WAS UNAUTHORED DUE TO "CLEAR DRUG USE" YET A CONSENTING ADULT HOLDING A WHIPPET CAN INIT THE CASE WHIPPETS ARE LEGAL THEY ARE NOT A SCHEDULED NARCOTIC AND ARE NOT ON ANY BANNED SUBSTANCE LIST. DRUG USE_

## SWORN DECLARATION UNDER PENALTY OF PERJURY

INMATE SIGNATURE: _[signature]_ DATE: _12/29_ TIME: _8·38 PM_

GRIEVANCE COORDINATOR SIGNATURE: _J. Chandler_ DATE: _12-30-24_ TIME: _12:17 PM_

GRIEVANCE RESPONSE: _____

_____

_____

_____

CASEWORKER SIGNATURE: _____ DATE: _____

____ GRIEVANCE UPHELD ____ GRIEVANCE DENIED ____ ISSUE NOT GRIEVABLE PER AR 740

GRIEVANCE COORDINATOR APPROVAL: _____ DATE: _____

_____ INMATE AGREES _____ INMATE DISAGREES

INMATE SIGNATURE: _____ DATE: _____

FAILURE TO SIGN CONSTITUTES ABANDONMENT OF THE CLAIM. A FIRST LEVEL GRIEVANCE MAY BE PURSUED IN THE EVENT THE INMATE DISAGREES.

| Original: | To inmate when complete, or attached to formal grievance | RECEIVED | RECEIVED |
| Canary: | To Grievance Coordinator | | |
| Pink: | Inmate's receipt when formal grievance filed | JAN 2 2 2025 | DEC 3 0 2024 |
| Gold: | Inmate's initial receipt | | |

LOVELOCK CORRECTIONAL CENTER · GRIEVANCES

LOVELOCK CORRECTIONAL CENTER · GRIEVANCES

E-FILE
19 of 32

DOC 3091 (12 / 01)

## NEVADA DEPARTMENT OF CORRECTIONS
## GRIEVANT'S STATEMENT CONTINUATION FORM

NAME: K. LINDSAY          I.D. NUMBER: 1267406

INSTITUTION: LCC          UNIT #: BB·50 B

GRIEVANCE #: 2006·31-73894   GRIEVANCE LEVEL: IF

GRIEVANT'S STATEMENT CONTINUATION:   PG. 1 OF 1

AND/OR DEPICTION OF USE ISNT SUBJECTIVE.
OFFICER WILSONS OPINION OR IDEOLOGY CANT
CATKIZE A NON-DRUG AS A DRUG THAN
PENALIZE ME. I AGREED TO FORFIET THE
SINGLE PICTURE TO EXPEDITE THE DELIVERY
OF MY REMAINING MAIL. THIS WAS (3)
WEEKS PAST. SINCE I'VE YET RECIEVED
MY MAIL IN A TIMELY FASHION, I
WISH THAT ALL (10) PICTURES AND THE
LETTER BE GIVEN TO ME. THERE IS
ABSOLUTELY 'NO' DRUG USE DEPICTED IN
THE PHOTOS AND WILSONS OPINION DOES
COUNT AS FACTS. WHIPPETS ARE NOT
DEFINED DRUGS IN ANY WAY.
RETURN TO ME MY MAIL.

Original:    Attached to Grievance
Pink:        Inmate's Copy

RECEIVED

JAN 2 2 ...
LOVELOCK CORRECTIONAL
CENTER - GRIEVANCES

RECEIVED

DEC 3 0 2024

LOVELOCK CORRECTIONAL
CENTER - GRIEVANCES

DOC – 3097 (01/02)

E-FILE
20 of 32

Log Number 2006-31-73894

## NEVADA DEPARTMENT OF CORRECTIONS
## INFORMAL GRIEVANCE

NAME: K. LINDSAY _____ I.D. NUMBER: 1267406

INSTITUTION: LCC _____ UNIT: 3B-50 B

GRIEVANT'S STATEMENT: C/O WILSON UNAUTHORIZED A Small Manila ENVElOPE CONtAINING 10 pictures AND A LEttER HE ALLEGEDly OBVIOUS DRUG USE. THIS IS A SERIOUS ALLEGATION AND ISNT SUBSTANTIATED. A WHIPET ISNT AN ILLEGAl

### SWORN DECLARATION UNDER PENALTY OF PERJURY

INMATE SIGNATURE: _____ DATE: 12-18 TIME: 8:41

GRIEVANCE COORDINATOR SIGNATURE: J. Chander DATE: 12-19-24 TIME: 7:26AM

GRIEVANCE RESPONSE: _____

_____

_____

_____

_____

CASEWORKER SIGNATURE: _____ DATE: _____

____ GRIEVANCE UPHELD ____ GRIEVANCE DENIED ____ ISSUE NOT GRIEVABLE PER AR 740

GRIEVANCE COORDINATOR APPROVAL: _____ DATE: _____

_____ INMATE AGREES _____ INMATE DISAGREES

INMATE SIGNATURE: _____ DATE: _____

FAILURE TO SIGN CONSTITUTES ABANDONMENT OF THE CLAIM. A FIRST LEVEL GRIEVANCE MAY BE PURSUED IN THE EVENT THE INMATE DISAGREES.

RECEIVED

| Original: | To inmate when complete, or attached to formal grievance | RECEIVED | DEC 1 9 2024 |
| Canary: | To Grievance Coordinator | | |
| Pink: | Inmate's receipt when formal grievance filed | JAN 2 2 2025 | |
| Gold: | Inmate's initial receipt | | LOVELOCK CORRECTIONAL CENTER - GRIEVANCES |

LOVELOCK CORRECTIONAL CENTER - GRIEVANCES

E-FILE
21 of 32

DOC 3091 (12 / 01)

## NEVADA DEPARTMENT OF CORRECTIONS
## GRIEVANT'S STATEMENT CONTINUATION FORM

NAME: _LINDSAY_          I.D. NUMBER: _1267404_

INSTITUTION: _LCC_          UNIT #: _3B-50_

GRIEVANCE #: _2006-31-73694_  GRIEVANCE LEVEL: _IF_

GRIEVANT'S STATEMENT CONTINUATION:   PG. _2_ OF _2_

"DRUG" IT ISNT ON A BANNED SUBSTANCE LIST
ISNT A SCHEDULED NARCOTIC AND IS READILY SOLD
WITHOUT RESTRICTION. THE TERM "Drug Use"
ISNT OPEN TO C/O WILSONS SUBJECTIVE VIEWS OF
DRUGS. DRUGS ARE CLEARLY DEFINED. A WHIPPET
IN THE HANDS OF A CONSENTING ADULT ISNT DRUG
USE, I AGREED TO THE UNNECESSARY AND SENSELESS
DESTRUCTION OF MY PERSONAL PICTURES IN
ORDER TO RECIEVE THE REMAINDER. THAT
HASNT HAPPENED I WISH THAT ALL MY
MAIL BE RETURNED AND ALL T/F PICTURES
SINCE DRUGS AS DEFINED BY N.D.O.C.
ARE NOT DEPICTED, AND C/O WILSONS
OPINIONS ARE NOT FACT BASED.

Original:      Attached to Grievance
Pink:          Inmate's Copy

RECEIVED          RECEIVED

JAN 2 2 2025      DEC 1 9 2024

LOVELOCK CORRECTIONAL   LOVELOCK CORRECTIONAL
CENTER · GRIEVANCES     CENTER · GRIEVANCES

E-FILE
22 of 32

DOC – 3097 (01/02)

EXHIBIT THREE

DOCUMENTS SUPPORT DEFENDANTS ALLEGING TO FORWARD
PLAINTIFF HIS MAIL WITH and/or CONSISTING OF PICTURES.

THIS TWARTED THE GRIEVANCE PROCESS SHOWING IN
EXHIBIT TWO

EXHIBIT THREE

## INMATE REQUEST FORM

| 1.) INMATE NAME | DOC # | 2.) HOUSING UNIT | 3.) DATE |
|---|---|---|---|
| LINDSAY, R | 1267406 | 3B-50 | 1-7-25 |

4.) __ REQUEST FORM TO: (CHECK BOX)

__MENTAL HEALTH    __CANTEEN

__CASEWORKER    __MEDICAL    __LAW LIBRARY    __DENTAL

__EDUCATION    __VISITING    __SHIFT COMMAND

__LAUNDRY    __PROPERTY ROOM    X OTHER MAIL ROOM

5.) NAME OF INDIVIDUAL TO CONTACT: C/O HERSMITH.

6.) REQUEST: (PRINT BELOW) TODAY MY APPEAL HAS BEEN RESCINDED
IN REGARDS TO THE PHOTOS WITHHELD. AS THERE
IS NO STANDARD SET THE CAUSES THE PHOTOS TO
QUALIFY AS CONTRABAND AND CANNISTER
IS (CLEARY MARKED) "FOOD GRADE" CAN
YOU PLEASE RELEASE MY LETTER AND
PHOTOS TO ME? PLEASE

7.) INMATE SIGNATURE _____    DOC # 1207406

8.) RECEIVING STAFF SIGNATURE _____ C Aguitus _____    DATE 1/7/25

9.) RESPONSE TO INMATE

So like we talked about i will send in the
rest because they are ok the 1 picture with
the Canister i can't let in you can choose to
send that one back or have it destroyed
i looked into it and got the correct
answers on it and unfortantley its not
allowed

10.) RESPONDING STAFF SIGNATURE _____

RECEIVED
DATE 08 Jan 25
JAN 2 2 2025
LOVELOCK CORRECTIONAL
CENTER - GRIEVANCES

E-FILE
24 of 32

EXHIBIT 3  Pgs 1 thru 3
Pg. One (1)

DOC - 3012 (REV. 7/01)

## INMATE REQUEST FORM

| 1.) INMATE NAME | DOC # | 2.) HOUSING UNIT | 3.) DATE |
|---|---|---|---|
| R. LINDSAY | 1267406 | 3B-50B | 12-18-24 |

4. ) __UNDERLINE__ REQUEST FORM TO: (CHECK BOX)

___CASEWORKER    ___MEDICAL    ___MENTAL HEALTH    ___CANTEEN

___EDUCATION    ___VISITING    ___LAW LIBRARY    ___DENTAL

___LAUNDRY    ___PROPERTY ROOM    ___SHIFT COMMAND

X OTHER _Mailroom_

5.) NAME OF INDIVIDUAL TO CONTACT: C/O Wilson

6.) REQUEST: (PRINT BELOW) LAST WEEK YOU UNAUTHORIZED A Small Manila Containing 10 pictures AND A Letter. I DISAGREE WITH YOUR ASSESMENT AS A WIPPET IN THE HANDS OF A CONSENTING ADULT ISNT "DRUG USE" AS I ISNT A SCHEDULE NARCOTIC OR ON A LIST OF BANNED SUBSTANCES. I AGREED TO FORFEIT THE SINGLE PICTURE TO EXPEDITE THE DELIVERY OF THE REMAINING PER C/O ZAMORA. THESE PHOTOS AND MAIL HAVE NOT CAME. I'D LIKE ALL MY MAIL PLEASE

7.) INMATE SIGNATURE _____ DOC # 1267406

8.) RECEIVING STAFF SIGNATURE C/O Velazquez    DATE 12/18/24

### 9.) RESPONSE TO INMATE

I AM WORKING ON THIS please be patient I do apologize for the delay

RECEIVED
JAN 2 2 ...

10.) RESPONDING STAFF SIGNATURE C/o _____    DATE 12/19/2024

LOVELOCK CORRECTIONAL
CENTER - GRIEVANCE

E-FILE
25 of 32

EXHIBIT 3
Pg TWO (2)

DOC - 3012 (REV. 7/01)

3B-50

## NEVADA DEPARTMENT OF CORRECTIONS
## UNAUTHORIZED MAIL NOTIFICATION

TO: _LINDSAY, Kenneth_          NDOC # _12107406_

FROM: MAILROOM OFFICER _Wilson_

FINAL DATE FOR DISPOSITION
OF UNAUTHORIZED MAIL: _12/09/2024_

RECEIVED: _1 6x9 in Envelope_          _11/27/2024_
                                        (DATE)

_Clear Drug use in Photo - Cameron_

You have ten (10) working days from this date to inform the Mailroom Officer, _in writing_, of what you want done with this mail. Your choices are:

_____          1.    Ship or mail out at your expense;

_____          2.    Have the unauthorized mail disposed of according to NDOC procedures; or,

_____          3.    Appeal the decision through the inmate grievance process.

If the Mailroom Officer does not receive the above information within ten (10) days, this mail will be destroyed.

### THIS IS THE ONLY NOTICE YOU WILL RECEIVE

_C/o_
(MAILROOM OFFICER SIGNATURE)          _11/27/2024_
                                        (DATE)
RECEIVED                   RECEIVED

White:    Inmate          RECEIVED          JAN 2 2 2025          RECEIVED
Yellow:   Mailroom          JAN 2 8 2025
Pink:     Attach to Unauthorized Mail          LOVELOCK CORRECTIONAL          DEC 3 0 2024
MAR 2 4                LOVELOCK CORRECTIONAL          CENTER - GRIEVANCES
E-FILE                CENTER - GRIEVANCES
26 of 32  LOVELOCK CORRECTIONAL
CENTER - GRIEVANCES          EXHIBIT 3          LOVELOCK CORRECTIONAL
                            Pg 3 of 3          CENTER - GRIEVANCES

DOC 1518 (1/04)

EXHIBIT FOUR

DOCUMENTS SHOW DEFENDANTS' USING FRIVOLOUS
UNFOUNDED REASONS TO DENY/PREVENT PLAINTIFF FROM
MOVING FORWARD ON THE GRIEVANCE PROCESS

E-FILE
27 of 32

EXHIBIT FOUR

3B-50B



# Nevada Department of Corrections
## Improper Grievance Memo

TO:          Inmate: Lindsay, Kenneth        NDOC# 1267406

FROM:       Daniel Collier *AWP* (L.C.C.)

DATE:        March 24, 2025

RE:          Improper Grievance # 2006-31-75643    RJD [1] 1ST

---

The attached grievance is being returned to you for the following reason(s):

**This grievance may NOT proceed to the next level Per AR 740.03,5 due to the following:**

☐ Non-grievable issue.
  ☐ State and federal court decision.
  ☐ State, federal, and local laws and regulations.
  ☐ Parole Board decision.
  ☐ Lacks standing.

☐ Untimely submission.

☐ Abuse of Inmate Grievance Procedure.
  ☐ Any language, writing or illustration deemed to be obscene, profane, or derogatory.
  ☐ The threat of serious bodily injury to a specific individual.
  ☐ Specific claims or incidents previously filed by the same inmate.
  ☐ More than one (1) grievance per week, Monday through Sunday.

---

**After correcting the deficiencies(s) listed below; you may re-submit your grievance at the same level.**

☒ No factual harm/loss noted **and/or no remedy requested. Please clearly state your remedy. Your remedy must be stated at each level.**

☒ Other; specify: Per AR 740.03.1(A) "If the inmate does not factually demonstrate a loss or harm and **does not state the action or remedy that will satisfy the claim in the grievance,** the grievance will not be accepted and returned to the inmate with an explanation as to what was missing in order for the grievance to be processed." **You need to list a remedy/action that will satisfy the claim. When resubmitting includes Original First Level Grievance and DOC 3098. Please correct and re-submit within 5 days of receipt of this memo.**

---

Failure to re-submit grievance through the prescribed timeframe shall constitute abandonment.

_____          3/3/25          _____          3-31-25
Witness Signature                Date            Inmate Signature                 Date

cc: Original – Inmate
     Copy - Grievance File

E-FILE
28 of 32                        EXHIBIT 4    Pgs 1-4                    DOC-3098 (01/17)
                                Pg. 1 of 4

3B-50B



# Nevada Department of Corrections
## Improper Grievance Memo

| | |
|---|---|
| TO: | Inmate: Lindsay, Kenneth            NDOC#1267406 |
| FROM: | Daniel Collier, AWP (L.C.C.) |
| DATE: | January 22, 2025 |
| RE: | Improper Grievance # 2006-31-73894    RJD [2]   IF |

The attached grievance is being returned to you for the following reason(s):

---

**This grievance may NOT proceed to the next level Per AR 740.03,5 due to the following:**

☐ Non-grievable issue.
    ☐ State and federal court decision.

    ☐ State, federal and local laws and regulations.

    ☐ Parole Board decision.

    ☐ Lacks standing.

☒ Untimely submission. AR 740.09.5.A "The inmate must file an appeal within five (5) calendar days of receipt of the response to proceed to the next grievance level." **You signed your DOC 3098 Improper Grievance Memo on 01/07/2025.  You submitted your grievance on 01/21/2025.** ==No action will be taken==

☐ Abuse of Inmate Grievance Procedure.
    ☐ Any language, writing or illustration deemed to be obscene, profane or derogatory.

    ☐ A threat of serious bodily injury to a specific individual.

    ☐ Specific claims or incidents previously filed by the same inmate.

    ☐ More than one (1) grievance per week, Monday through Sunday.

---

☐ The grievance contains more than one (1) appropriate issue.  Only 1 issue is allowed per grievance.

☐ No factual harm/loss noted.

☐ Other; specify:

---

Failure to re-submit the grievance through the prescribed timeframe shall constitute abandonment.

| | | | |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| Witness Signature | Date | Inmate Signature | Date |

cc: Original – Inmate
    Copy - Grievance File

E-FILE
29 of 32

EXHIBIT 4
Pg 2 of 4

DOC-3098 (01/17)



# Nevada Department of Corrections
## Improper Grievance Memo

TO:        Inmate: Lindsay, Kenneth        NDOC#1267406

FROM:    Daniel Collier, AWP (L.C.C.)

DATE:    December 30, 2024

RE:        Improper Grievance # 2006-31-73894    RJD [2]  IF

The attached grievance is being returned to you for the following reason(s):

---

**This grievance may NOT proceed to the next level Per AR 740.03,5 due to the following:**

☐ Non-grievable issue.
  ☐ State and federal court decision.
  ☐ State, federal and local laws and regulations.
  ☐ Parole Board decision.
  ☐ Lacks standing.

☒ Untimely submission. AR 740.09.5.A "The inmate must file an appeal within five (5) calendar days of receipt of the response to proceed to the next grievance level." **You signed your DOC 3098 Improper Grievance Memo on 12/20/2024.  Your Informal Level Grievance was submitted on 012/29.  No action will be taken.**

☐ Abuse of Inmate Grievance Procedure.
  ☐ Any language, writing or illustration deemed to be obscene, profane or derogatory.
  ☐ A threat of serious bodily injury to a specific individual.
  ☐ Specific claims or incidents previously filed by the same inmate.
  ☐ More than one (1) grievance per week, Monday through Sunday.

☒ Other; specify: AR 740.04.3(A), "Return the original improper grievance with a Form DOC-3098, Improper Grievance Memorandum, noting the specific violation." **You have failed to attach Original Informal Grievance and Improper Notification DOC 3098.**

☒ Other; specify: AR 740.01.3 "Grievances will be treated as legal correspondence." **You have failed to submit with the Year on your Informal Level Form.**

---

Failure to re-submit the grievance through the prescribed timeframe shall constitute abandonment.

Witness Signature _____    Date  1/7/25    Inmate Signature _____    RECEIVED  Date  1-7-25

cc: Original – Inmate
    Copy - Grievance File

JAN 2 2 2025

LOVELOCK CORRECTIONAL
CENTER - GRIEVANCES

DOC-3098 (01/17)

E-FILE
30 of 32

EXHIBIT 4
Pg 3 of 4



# Nevada Department of Corrections
## Improper Grievance Memo

TO:        Inmate: Lindsay, Kenneth        NDOC# 1267405

FROM:    CCS III David Stevens, Acting *AWP* (L.C.C.)

DATE:     December 19, 2024

RE:        Improper Grievance # 2006-31-73894    RJD [1]  IF

The attached grievance is being returned to you for the following reason(s):

**This grievance may NOT proceed to the next level Per AR 740.03,5 due to the following:**

☐  Non-grievable issue.
    ☐  State and federal court decision.

    ☐  State, federal, and local laws and regulations.

    ☐  Parole Board decision.

    ☐  Lacks standing.

☐  Untimely submission.

☐  Abuse of Inmate Grievance Procedure.
    ☐  Any language, writing or illustration deemed to be obscene, profane, or derogatory.

    ☐  A threat of serious bodily injury to a specific individual.

    ☐  Specific claims or incidents previously filed by the same inmate.

    ☐  More than one (1) grievance per week, Monday through Sunday.

    ☐  More than two (2) unfounded, frivolous, or vexatious grievances per month.

**After correcting the deficiencies(s) listed below; you may re-submit your grievance at the same level.**

☐  The grievance contains more than one (1) appropriate issue.  Only 1 issue is allowed per grievance.

☒  Other; specify: AR 740.08.5 states, "all documentation and factual allegations available to the inmate must be submitted at this level with the grievance" i.e., **DOC 1518 Unauthorized Mail Notification must be included. When resubmitting include Original Informal Grievance and DOC 3098.  Please correct and resubmit within 5 days of receipt of this memo.**
*Note* When resubmitting write a new Informal Grievance.

Failure to re-submit the grievance through the prescribed timeframe shall constitute abandonment.

_____        12/20/24        _____  12-20-2-
Witness Signature        Date        Inmate Signature        RECEIVED  Date

cc: Original – Inmate
    Copy - Grievance File

JAN 2 2 2025

E-FILE
31 of 32

EXHIBIT 4
Pg 4 of 4

LOVELOCK CORRECTIONAL
CENTER - GRIEVANCES
DOC-3098 (01/17)